IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICKOLAS SPURGEON,                        )
                                          )        2:09-cv-00094-GEB-EFB
                    Plaintiff,            )
                                          )
          v.                              )        ORDER RE: SETTLEMENT
                                          )        AND DISPOSITION
WEST ASSET MANAGEMENT, INC.,              )
                                          )
                    Defendant.            )
_____)

On January 26, 2009, a Notice of Settlement was filed in this action. Therefore, a dispositional document shall be filed no later than February 16, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for April 27, 2009, at 9:00 a.m., will remain on calendar in the event that no dispositional document is filed, or if this action is not otherwise dismissed.

Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

        IT IS SO ORDERED.

Dated:  February 9, 2009

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge

---

[1]    The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).